# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE | : | |
| | : | No. 2:24-cv-00051-WSS |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| PINE-RICHLAND SCHOOL DISTRICT | : | |
| | : | |
| Defendant | : | |

## ORDER [PROPOSED]

**AND NOW**, this _____ day of _____, 2023, upon consideration of plaintiffs' Motion for Preliminary Injunction, it is **HEREBY ORDERED** that the Motion is **GRANTED** and:

1. Defendant, their employees, servants, agents, attorneys, and all persons acting in concert or participation with any of them, are **ENJOINED**, from implementing or enforcing Sections C, D, E, F, G, or H of Pine-Richland School District Administrative Regulation 103(B); and

2. Defendant shall immediately notify all employees, agents, consultants of Pine-Richland School District and members of the public that Sections Section C, D, E, F, G, and H of Pine-Richland School District Administrative Regulation 103(B) shall not be implemented or enforced absent further order of this Court.

This Order shall remain in effect until this Court orders otherwise.

BY THE COURT:

_____

THE HONORABLE WILLIAM S. STICKMAN