IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br><br>*Plaintiff*,<br><br>v.<br><br>PINE-RICHLAND SCHOOL DISTRICT,<br><br>*Defendant*. | Civil Action No. 2:24-cv-00051-WSS<br><br>Honorable William S. Stickman IV |

**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

Having read and considered the motion by Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal"), American Civil Liberties Union of Pennsylvania ("ACLU of Pennsylvania"), and Education Law Center Pennsylvania ("ELC-PA") to file a brief as *amicus curiae*, for good cause shown, and there being no evident prejudice to the parties, it is hereby ORDERED that the motion be, and hereby is GRANTED. Lambda Legal, ACLU of Pennsylvania, and ELC-PA shall file forthwith, and the clerk shall accept, the brief attached to the motion.

Dated this 3rd day of April 2024.

s/ William S. Stickman
Honorable William S. Stickman IV
United States District Court Judge

1