IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br><br>            *Plaintiff*,<br><br>v.<br><br>PINE-RICHLAND SCHOOL DISTRICT,<br><br>            *Defendant*. | Civil Action No. 2:24-cv-51<br><br>Hon. William S. Stickman IV |

**ORDER OF COURT**

AND NOW this __7__ day of May 2024, for the reasons set forth in the Memorandum Opinion filed this day, IT IS HEREBY ORDERED that Plaintiff Jane Doe's Motion for a Preliminary Injunction (ECF No. 5) is DENIED.

BY THE COURT:

_/s/ William S. Stickman IV_
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE