IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br><br>        *Plaintiff*,<br><br>v.<br><br>PINE-RICHLAND SCHOOL DISTRICT,<br><br>        *Defendant*. | Civil Action No. 2:24-cv-51<br><br>Hon. William S. Stickman IV |

### **JUDGMENT ORDER**

AND NOW, this 12 day of December 2024, pursuant to Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED that judgment is entered in the form of dismissal with prejudice of Plaintiff's Second Amended Complaint (ECF No. 47) against Defendant Pine-Richland School District. The Clerk of Court shall mark this CASE CLOSED.

                                                        BY THE COURT:

                                                        /s/ William S. Stickman IV
                                                        WILLIAM S. STICKMAN IV
                                                        UNITED STATES DISTRICT JUDGE