**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE, JOHN ROE, and JANE ROE,<br><br>*Plaintiffs*,<br><br>v.<br><br>PINE-RICHLAND SCHOOL DISTRICT,<br><br>*Defendant*. | Case No. 2:24-cv-00051-WSS |

**PLAINTIFFS JOHN ROE AND JANE ROE'S MOTION FOR A PRELIMINARY INJUNCTION**

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, and as detailed in the accompanying Proposed Order, Plaintiffs John Roe and Jane Roe respectfully move pursuant to Federal Rule of Civil Procedure 65 for a preliminary injunction enjoining Defendant from implementing or enforcing Pine-Richland School District Administrative Regulation 103(B) against them.

Because Plaintiffs are likely to succeed on the merits and will suffer irreparable harm absent relief, and because the balance of equities and the public interest favor an injunction, Plaintiffs respectfully request that the Court:

1. Enjoin Defendant, together with its agents, employees, attorneys, and all other persons who are in active concert or participation with any of them, from

implementing or enforcing Administrative Regulation 103(B) against John Roe, Jane Roe, or their children;

2. Enjoin Defendant, together with its agents, employees, attorneys, and all other persons who are in active concert or participation with any of them, from withholding from the Roes information concerning whether any of their children has requested to be addressed by a name or pronouns inconsistent with the child's biological sex or has otherwise expressed a gender identity inconsistent with the child's biological sex;
3. Enjoin Defendant, together with its agents, employees, attorneys, and all other persons who are in active concert or participation with any of them, from referring to the Roes' children by any name or pronouns other than those designated by the Roes; treating any of the Roes' children as a member of the opposite sex; or convening a Student Support Team or Gender Transition Team, or developing a transition timeline or gender support plan, for any of the Roes' children, without the Roes' prior written consent;
4. Enjoin Defendant, together with its agents, employees, attorneys, and all other persons who are in active concert or participation with any of them, from making any false or misleading statements to the Roes, whether in correspondence, conferences, or otherwise, concerning the names, pronouns, or gender presentation their children use at school;
5. Enjoin Defendant, together with its agents, employees, attorneys, and all other persons who are in active concert or participation with any of them, from

requiring any of the Roes' children to submit to a survey, analysis, or evaluation described in 20 U.S.C. § 1232h without first obtaining the Roes' written consent; and

6. Waive the bond requirement under Federal Rule of Civil Procedure 65(c).

Dated: November 20, 2026

Respectfully submitted,

*<u>/s/ Walter S. Zimolong</u>*
Walter S. Zimolong, III
Pennsylvania Bar No. 089151
James J. Fitzpatrick, III
Pennsylvania Bar No. 320497
ZIMOLONG LLC
P.O. Box 552
Villanova, PA 19085
Phone: (215) 665-0842
wally@zimolonglaw.com
james@zimolonglaw.com

Nicholas R. Barry*
Tennessee Bar No. 031963
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Phone: (202) 964-3721
nicholas.barry@aflegal.org

Randall L. Wenger
Pennsylvania Bar No. 86537
INDEPENDENCE LAW CENTER
23 N. Front St.
Harrisburg, PA 17101
Phone: (717) 657-4990
rwenger@indlawcenter.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on November 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all counsel of record.

*/s/ [insert]*
[insert]